**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HARVEY EDWARDS                                                                          PLAINTIFF

V.                                          NO. 3:09CV00168 SWW/JTR

CITY OF JONESBORO,
A MUNICIPAL CORPORATION;
HAROLD PERRIN, MAYOR;
ANN WILLIAMS; CHARLES
FRIERSON; CHRIS GIBSON;
CHRIS MOORE; DARREL DOVER;
GENE VANCE; JIM HARGIS;
JOHN STREET; MIKEL FEARS;
MITCH JOHNSON; RENNELL
WOODS; TIM MCCALL
(CITY COUNCIL)                                                                        DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections and statement of necessity. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (docket entry #6) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 1st day of June, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE