**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HARVEY EDWARDS                                                                                          PLAINTIFF

V.                                       NO. 3:09CV00168 SWW/JTR

CITY OF JONESBORO,
A MUNICIPAL CORPORATION;
HAROLD PERRIN, MAYOR;
ANN WILLIAMS; CHARLES
FRIERSON; CHRIS GIBSON;
CHRIS MOORE; DARREL DOVER;
GENE VANCE; JIM HARGIS;
JOHN STREET; MIKEL FEARS;
MITCH JOHNSON; RENNELL
WOODS; TIM MCCALL
(CITY COUNCIL)                                                                                          DEFENDANTS

## **JUDGMENT**

Consistent with the Order adopting the Proposed Findings and Recommended Disposition entered in this case, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered in favor of Defendants, and that this action and all of Plaintiff's claims, in their entirety, be DISMISSED, WITH PREJUDICE.

DATED this 1st day of June, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE